**Order entered March 5, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01036-CV

**TEXAS HEALTH MANAGEMENT LLC, Appellant**

**V.**

**HEALTHSPRING LIFE & HEALTH INSURANCE COMPANY, INC., Appellee**

**On Appeal from the 219th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 219-00125-2018**

## ORDER

Before the Court is the February 22, 2019 motion of non-resident attorney Jason A. Leckerman for admission *pro hac vice*, supported by the motion of resident attorney Melissa Smith with Gillam & Smith LLP.  We **GRANT** the motion and **DIRECT** the Clerk of this Court to add Mr. Leckerman as counsel *pro hac vice* for appellee.


/s/      KEN MOLBERG
           JUSTICE